PARKER and Another *v.* MILLER, Administrator.—In error.

*Wednesday, June 5.*

IF two partners be indebted for goods sold and delivered, and one die in the lifetime of the other, the administrator of the deceased partner may, by statute, be sued at law for the debt. *Ransom* v. *Pomeroy*, 5 Blackf. 383.